IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02459-MSK

PAVLINA D'AMORE,

       Plaintiff,

v.

PAUL D'AMORE,

       Defendant.

_____

## ORDER DIRECTING CLERK TO REASSIGN CASE
_____

THIS MATTER comes before the Court *sua sponte*. In order to ensure the just, speedy, and inexpensive determination of this civil action, it appears that this matter is subject to reassignment pursuant to D.C.COLO.LCivR 40.1.A. With the approval of Chief Judge Wiley Y. Daniel,

**IT IS THEREFORE ORDERED** that the Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 13th day of October, 2010.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge