**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02459-CMA-MJW

PAVLINA D'AMORE,

      Petitioner,

v.

PAUL D'AMORE,

      Respondent,

and concerning:

ALLEGRA D'AMORE, and
MATTEA JEAN D'AMORE,

      Minor Children.

─────────────────────────────────────────────

**ORDER REGARDING VERIFIED PETITION FOR IMMEDIATE
RETURN OF MINOR CHILDREN**

─────────────────────────────────────────────

This matter is before the Court on Petitioner's "Verified Petition for the Immediate Return of the Minor Children to the Czech Republic Pursuant to the Hague Convention of 25 October 1980 on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act and Petition for Warrant in Lieu of Writ of Habeas Corpus" (Doc. # 1).  The Court has jurisdiction under 28 U.S.C. § 1331.

Petitioner requests the Court issue a warrant directing law enforcement officers to take physical custody of her minor children, whom she avers are under the control of Respondent, the children's father.  Although Petitioner does not directly request

*ex parte* relief, she does imply that such relief is necessary, stating: "Petitioner, upon reasonable cause, believes that Respondent, upon being informed of these proceedings, may further abduct and secrete the minor children." She also requests an "immediate order" prohibiting the removal of the minor children from the jurisdiction of this Court and taking into safe-keeping all of the children's travel documents.

However, other than making conclusory allegations, Petitioner has not provided any evidentiary support for her allegation that Respondent "may further abduct or secrete the minor children." Based on the filings before it, the Court will not grant the relief requested on an *ex parte* basis.

If Petitioner wishes to proceed to a hearing on her requests for relief, she will need to provide notice to Respondent and both parties must jointly contact Chambers to schedule a hearing on the Petition.

DATED: November __01__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge