**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02459-CMA-MJW

PAVLINA D'AMORE,

    Petitioner,

v.

PAUL D'AMORE,

    Respondent,

and concerning:

ALLEGRA D'AMORE, and
MATTEA JEAN D'AMORE,

    Minor Children.

## ORDER REGARDING APPEARANCE AT HEARING BY TELEPHONE

This matter is before the Court on Petitioner's Motions to Appear and Testify by Telephone at Hearing on December 9, 2010 at 1:00 P.M. Pursuant to F.R.C.P. 43 (Doc. # 11).

Petitioner seeks to testify and to have her proposed expert, Michaela Janoèková, testify by telephone at the evidentiary hearing on Petitioner's petition seeking the return of her minor children to the Czech Republic. Both she and Ms. Janoèková live in the Czech Republic. Petitioner argues they are unable to be physically present for the hearing because, *inter alia*, Petitioner does not have the funds to fly them to Colorado. Petitioner moves under Fed. R. Civ. P. 43.

Under Rule 43(a), the court may permit testimony in open court by contemporaneous transmission from a different location, if there exists "good cause in compelling circumstances and with appropriate safeguards[.]" Fed. R. Civ. P. 43(a).

The Court finds that good cause exists in this case. Accordingly, the Court GRANTS Petitioner's motion (Doc. # 11). However, the Court notes that credibility determinations are more difficult without a visual of the witness. As such, the Court would prefer that Ms. Janoèková's testimony be offered through video transmission instead of audio transmission without video.

Accordingly, Petitioner's counsel is ORDERED to determine whether video conference facilities are available for Petitioner's use in the Czeck Republic. If they are, then Petitioner's counsel shall arrange to have Ms. Janoèková testify by video conference and Petitioner's counsel is to coordinate such video conferencing with this District Court's IT Department **at 303-335-2020**. If videoconferencing **is not** available, then this Order granting Petitioner's Motion shall govern, and Petitioner's counsel shall arrange for the Petitioner and Ms. Janoèková to call Chambers, **at 303-335-2174**, on a conference call (one line) approximately five (5) minutes before the hearing time of 1:00 PM in order to be transferred to the Courtroom. Petitioner and Ms. Janoèková are further directed to use a **land line for clarity – no cellular, cordless or speaker phones are permitted.**

IT IS FURTHER ORDERED that Petitioner's counsel shall advise Chambers by telephone (303-335-2174) **no later than 5:00 PM on December 8, 2010** how Petitioner and Ms. Janoèková plan to appear at this hearing.

DATED:  December __06__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge