IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-02459-CMA-MJW

PAVLINA D'AMORE,

     Petitioner,

v.

PAUL D'AMORE,

     Respondent,

and concerning:

ALLEGRA D'AMORE, and
MATTEA JEAN D'AMORE,

     Minor Children.

## ORDER APPROVING STIPULATION, VACATING HEARING, AND DISMISSING CASE

This matter is before the Court on the Stipulation (Doc. # 14) entered into by both parties regarding the verified Petition for the Immediate Return of the Minor Children to the Czech Republic Pursuant to the Hague Convention of 25 October 1980 on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act.  The Stipulation resolves all issues pending before this Court and is hereby approved and adopted as an Order of this Court.

IT IS FURTHER ORDERED that the Hearing on Verified Petition in this matter, set for December 9, 2010 at 3:30 p.m. is VACATED, and this case is hereby DISMISSED.

DATED: December __08__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge